

### THE CITY OF NEW YORK
## LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

June 30, 2026

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Fact discovery and expert discovery are extended to September 2, 2026. The July 22 conference is adjourned to September 17, 2026 at 12:30 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 7/1/2026

P. Kevin Castel
United States District Judge

Re:    Michael Slane v. City of New York et al.,
       25 Civ. 3084 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York ("City") in the above-referenced matter.   Defendant respectfully writes, with plaintiff's consent, to request an additional two weeks to write to the Court regarding discovery and a stay of any deadlines in the interim. Presently discovery is scheduled to close on July 6, 2026, and plaintiff's deposition was scheduled for June 30, 2026. Due to counsel for plaintiff, Michael David, being involved in a motor vehicle accident, defendant respectfully requests additional time to request a limited extension of discovery for plaintiff's deposition pending Mr. David's recovery. As such, defendant requests that the Court stay the deadline for discovery and adjourn the July 22, 2026 conference with the parties to provide a status update on July 20, 2026.

By way of background, plaintiff alleges that he was subjected to excessive force on or about April 17, 2024 while he was incarcerated at Rikers Island and that he sustained physical injuries as a result. *See* Amended Complaint at ECF No. 18. On January 29, 2026, defendant requested an extension of time to complete discovery as more time was needed for plaintiff's medical records. *See* ECF No. 22. The Court granted the request on February 3, 2026. *See* ECF No. 23. The Court granted the second request for an extension of time on May 5, 2026. *See* ECF No. 25.

The parties intended to complete discovery by July 6, 2026, and had scheduled plaintiff's deposition for today, June 30, 2026.  Counsel for plaintiff, Michael N. David, was recently involved in a car crash and was to defend his client at a deposition. Additional time is needed for plaintiff's deposition and for counsel to recover.

Defendant respectfully requests additional time to request a limited extension of discovery for plaintiff's deposition pending Mr. David's recovery. As such, defendant requests that the Court stay the deadline for discovery for two weeks and adjourn the July 22, 2026 conference.  This should allow plaintiff's counsel time to recover and the parties to confer and discuss new dates. The parties propose providing a status update on July 20, 2026.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Michael N. David
*Attorney for plaintiff*

2