Case 1:25-cv-03084-PKC Document 28 Filed 09/01/26 Page 1 of 2

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

Fact discovery for the limited purpose stated is extended to October 2, 2026. The September 17 conference is adjourned to October 21 at 11:00 a.m in Courtroom 11D. SO ORDERED
P. Kevin Castel USDJ
9-2-26

September 1, 2026

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Michael Slane v. City of New York et al., 25 Civ. 3084 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York ("City") in the above-referenced matter. Defendant respectfully writes, with plaintiff's consent, to respectfully request an adjournment of the case management conference set for September 17, 2026 and a one month extension of discovery for the limited purposes of requesting post-deposition records pertaining to plaintiff's injury from September 2, 2026 to October 2, 2026. This is the third request for an extension of time.

By way of background, plaintiff alleges that he was subjected to excessive force on or about April 17, 2024 while he was incarcerated at Rikers Island and that he sustained physical injuries as a result. *See* Amended Complaint at ECF No. 18. On January 29, 2026, defendant requested an extension of time to complete discovery as more time was needed for plaintiff's medical records. *See* ECF No. 22. The Court granted the request on February 3, 2026. *See* ECF No. 23. The Court granted the second request for an extension of time on May 5, 2026. *See* ECF No. 25. On August 31, 2026 plaintiff sat for his deposition.

The reason for this request is that plaintiff's deposition was held on August 31, 2026 and during the deposition plaintiff testified about recent treatment approximately one month ago and ongoing developments. Additionally, plaintiff referenced writings he may have made relating to

Case 1:25-cv-03084-PKC Document 28 Filed 09/01/26 Page 2 of 2

the incident and described two correction officers and a captain presently unidentified. Further, the undersigned will be out of office the week of September 17, 2026.

Accordingly, defendant respectfully requests an adjournment of the case management conference set for September 17, 2026 and a one month extension of discovery for the limited purposes of requesting post-deposition records pertaining to plaintiff's injury from September 2, 2026 to October 2, 2026.

Thank you for your consideration herein.

Respectfully submitted,

/s/Randy Nandlall
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Michael N. David
*Attorney for plaintiff*