THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

October 1, 2026

Application GRANTED. Discovery is extended from October 2, 2026 to November 2, 2026. FINAL. Conference adjourned from 10/21/26 to 12/1/26 at 11 a.m. in Courtroom 11D.
SO ORDERED.
10/2/2026

P. Kevin Castel
United States District Judge

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Michael Slane v. City of New York et al.,
25 Civ. 3084 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York ("City") in the above-referenced matter. Defendant respectfully writes, with plaintiff's consent, to respectfully request an adjournment of the case management conference set for October 21, 2026 and a one month extension of discovery from October 2, 2026 to November 2, 2026 for the limited purposes of receiving ongoing care records for plaintiff's treatment. This is the second such request for an extension relating to these records and plaintiff consents.

By way of background, plaintiff alleges that he was subjected to excessive force on or about April 17, 2024 while he was incarcerated at Rikers Island and that he sustained physical injuries as a result. *See* Amended Complaint at ECF No. 18. On January 29, 2026, defendant requested an extension of time to complete discovery as more time was needed for plaintiff's medical records. *See* ECF No. 22. The Court granted the request on February 3, 2026. *See* ECF No. 23. The Court granted the second request for an extension of time on May 5, 2026. *See* ECF No. 25. On August 31, 2026 plaintiff sat for his deposition. Following plaintiff's deposition, our office requested records for plaintiff's treatment which are still pending.

The reason for this request is that plaintiff's deposition was held on August 31, 2026 and during the deposition plaintiff testified about recent treatment approximately two months ago and ongoing developments. Following the deposition, our office requested said records from the

facilities but have yet to hear a response. As these records are material to plaintiff's recovery and our office's valuation of the case, defendant submits that it would be premature to close discovery pending these records as it would not allow for an accurate assessment of damages. Further, receipt of these records would allow the parties to have more fruitful discussions regarding potentially resolving the case.

Accordingly, defendant respectfully requests an adjournment of the case management conference set for October 21, 2026 and a one month extension of discovery from October 2, 2026 to November 2, 2026 for the limited purposes of receiving ongoing care records for plaintiff's treatment.

Thank you for your consideration herein.

Respectfully submitted,

/s/Randy Nandlall
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Michael N. David
*Attorney for plaintiff*